UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTEL, INC. and
FISHER-PRICE, INC.,

                              Plaintiffs,

       v.                                                  Civil No. 06-CV-00807 (RJA)(HBS)

RAND INTERNATIONAL LEISURE
PRODUCTS, LTD.,

                              Defendant.
_____

# NOTICE OF JOINT MOTION TO AMEND SCHEDULING ORDER AND TO ADJOURN SETTLEMENT CONFERENCE

| | |
|---|---|
| Nature of Action: | Copyright Infringement. |
| Moving Party: | Plaintiffs. |
| Directed To: | Defendant. |
| Date and Time: | To be scheduled by the Court. |
| Place: | U.S. Courthouse, 68 Court Street, 4th Floor, Buffalo, New York. |
| Supporting Papers: | Declaration of Robert J. Lane, Jr., Esq., dated August 8, 2008, in Support of Joint Motion to Amend Scheduling Order and to Adjourn Settlement Conference, with Exhibits A and B. |
| Relief Requested: | An order amending the current scheduling order and adjourning settlement conference. |
| Oral Argument: | Not requested. |

- 2 -

Dated: August 8, 2008

| **HODGSON RUSS LLP** | **HARRIS BEACH PLLC** |
|---|---|
| By\_\_\_\_\_s/Robert J. Lane, Jr._____<br>Robert J. Lane, Jr.<br>Jodyann Galvin<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202-4040<br>Telephone: (716) 856-4000<br>Email: rlane@hodgsonruss.com<br><br>and<br><br><br>Edward T. Colbert<br>John R. Hutchins<br>William M. Merone<br>Erik C. Kane<br>KENYON & KENYON LLP<br>1500 K Street, N.W., Suite 700<br>Washington, DC 20005-1257<br>Telephone: (202) 220-4200<br><br><br>*Attorneys for Plaintiffs, Fisher-Price, Inc. and Mattel, Inc.* | By_____s/J. Ryan White\_\_\_\_\_<br>J. Ryan White<br>726 Exchange Street, Suite 1000<br>Buffalo, New York 14210<br><br>and<br><br>Glenn Mitchell, Esq.<br>LAW OFFICES OF GLENN MITCHELL<br>514 Gramatan Ave, Suite 3-E<br>Fleetwood, New York 10552<br>Telephone: (914) 309-5297<br><br>*Counsel for Defendant Rand International Leisure Products, Ltd.* |

003279/00156 BFLODOCS 2379699v1